**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 15 EAL 2019
                       :
           Respondent         :
                       :    Petition for Allowance of Appeal from
                       :    the Order of the Superior Court
           v.                 :
                       :
                       :
RONALD G. WEAVER,            :
                       :
           Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.